1 | **JENNIFER L. COON**
California State Bar No. 203913
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Email: Jennifer_Coon@fd.org

5 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ANTHONY J. BATTAGLIA)

| UNITED STATES OF AMERICA, | ) CASE NO. 08MJ1519-03 |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| MARIA GONZALEZ, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                  Respectfully submitted,

Dated: May 22, 2008                         /s/ *JENNIFER L. COON*
                                                        Federal Defenders of San Diego, Inc.
                                                        Attorneys for Defendant
                                                        Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 22, 2008              /s/ *JENNIFER L. COON*
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA  92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 Jennifer_Coon@fd.org (email)