UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　　　)<br>*Jose Ramon Valadez, et al;* 　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant(s) 　　　　　)<br>_____) | CRIMINAL NO. __08CR1807-L__<br>　　　　　　　　　　__08MJ1519-AJB__<br>　　　　　　ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

*Miguel Angel Torres-Sewin*

DATED: __6/3/08__

　　　　　　　　　　　　　　　　　　　　　ANTHONY J. BATTAGLIA

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　　　　　OR
　　　　　DUSM

　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR. Clerk
　　　　　　　　　　　　　　　　　　　by _____ L. MADUENL
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY　　　　　　　　　　　　　　☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95